IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

_____

| | |
|---|---|
| **IN THE MATTER OF:** | **Chapter 13 Case** |
| **ROBERT LEE JACKSON** | **Case No. 5:15-bk-72917** |
| **KIMBERLY RUTH JACKSON, DEBTORS** | |

_____

**NOTICE OF OPPORTUNITY TO OBJECT TO MOTION FOR APPROVAL OF SALE OF REAL PROPERTY**
_____

You are hereby notified that the captioned debtors have filed the attached Motion for Approval of Sale of Real Property. Objections to the Motion for Approval of Sale of Real Property must be filed with the Bankruptcy Court at 35 E. Mountain Street Room 316, Fayetteville AR 72701, in writing within 21 days from the date of this notice, September 14, 2017, with copies to the attorney for debtor and to the Standing Chapter 13 Trustee, Joyce Bradley Babin, PO Box 8064, Little Rock, AR 72203.

If objections to the Motion for Approval of Sale of Real Property are filed, they will be set for hearing by subsequent notice. If no objections are received, the Motion for Approval of Sale of Real Property may be granted without further notice or hearing.

Date: 9/14/17

                                                Respectfully Submitted,

                                                /s/ Todd F. Hertzberg
                                                **TODD F. HERTZBERG**
                                                **ATTORNEY FOR THE DEBTOR**
                                                **AR STATE BAR NUMBER: 2008268**
                                                **4285 N SHILOH DR, STE 108**
                                                **FAYETTEVILLE AR 72703**
                                                **479-303-5555**
                                                **479-957-9979 (FAX)**
                                                **TODDHERTZBERG@YAHOO.COM**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION
_____

| | |
|---|---|
| IN THE MATTER OF: | Chapter 13 Case |
| ROBERT LEE JACKSON | Case No. 5:15-bk-72917 |
| KIMBERLY RUTH JACKSON, DEBTORS | |

_____

**MOTION FOR APPROVAL OF SALE OF REAL PROPERTY**
_____

**COMES NOW** the above named debtors, Robert Jackson and Kimberly Jackson, (herein "Debtors") by and through their attorney, Todd F. Hertzberg and files this, their Motion for Approval of Sale of Real Property, and state and allege as follows:

1.　That Debtors filed their Chapter 13 case on November 13, 2015.

2.　That Debtor, Robert Jackson owns a vacant lot in Bella Vista, Arkansas which was disclosed on the Debtors bankruptcy petition.

3.　 The vacant lot is owned free and clear and is described as follows:

**Block 38 Lot 43, Bella Vista, Arkansas (herein "Real Property")**

4.　 The Debtors now believe it is in their best interest to sell said Real Property.

5.　Debtors propose to sell the Real Property according to the purchase and sale agreement set forth as Exhibit "A", which contract is subject to the approval of this Court. The proposed sales price for the Real Property is $6,000.00 and the proposed buyer's name is Sara Lee Parnell.

6.　Debtors' proceeds of the sale will allow Debtors to become current with their Chapter 13 Trustee plan payments, and any balance will be used for the normal and reasonable expenses of the Debtors.

7.　 Debtors move that this Court enter an order approving the sale according the terms set forth in Exhibit "A" and grant such other relief to the Debtors as the Court shall deem advisable.

Respectfully Submitted,

　/s/ Todd F. Hertzberg　　　
**TODD F. HERTZBERG
ATTORNEY FOR THE DEBTOR
AR STATE BAR NUMBER: 2008268
4285 N SHILOH DR, STE 108
FAYETTEVILLE AR 72703
479-303-5555
479-957-9979 (FAX)
TODDHERTZBERG@YAHOO.COM**

EXHIBIT "A"

**CONTRACT OF SALE**

THIS CONTRACT, made and entered into this 11th day of September, 2017, by and between Robert Lee Jackson., a married man, hereinafter designated as "SELLER" and Sara Lee Parnell, a single woman, hereinafter designated as "BUYER", wherein the following promises, covenants, conditions and stipulations are mutually agreed to-wit:

WITNESSETH:

1.  Seller does hereby agree to sell and convey unto Buyer, and Buyer does hereby agree to buy and accept from Seller, the following described lands situated in Benton County, Arkansas, to-wit:

Block 38 Lot 43, Bella Vista, Arkansas

2.  Seller does agree to accept for said lands, and Buyer does agree to pay therefor, the total sum of Six Thousand Dollars ($6,000).

3.  Seller warrants that all real estate taxes for 2016 and all prior years have been paid, or will be paid during closing. Buyer will be responsible 2017 real estate taxes.

4.  It is further stipulated and agreed by and between the parties hereto that the costs of securing title insurance or an abstract of title to said lands shall be at Buyer's expense.

5.  Upon full payment by Buyer of the sales price of Six Thousand Dollars ($6,000), and the performance by Buyer of all other agreements herein contained, Seller shall deliver unto Buyer said Warranty Deed, revenue stamp fee, and such other papers and documents as properly belong to Buyer, and upon delivery thereof, shall be relieved of any further or other responsibility or liability under this contract.

6.  Possession of said lands shall be delivered unto Buyer immediately.

7.  The term "Seller" and the term "Buyer" shall both denote and include the singular or the plural as may be indicated herein. This contract shall be binding upon the parties hereto, their heirs, devisees, legatees, personal representatives, successors and assigns.

8.  Sale is subject to bankruptcy court approval.

IN WITNESS WHEREOF, the parties have hereunto set their hands and seals this the day and year first above written.

Seller:

_____
Robert Lee Jackson

Buyer:

_____
Sara Lee Parnell

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| IN RE:  Robert Lee Jackson<br>Kimberly Ruth Jackson | CASE NO: 5:15-bk-72917<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 9/14/2017, I did cause a copy of the following documents, described below,

Motion for Approval of Sale of Real Property and Notice,

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically witih the documents described herein per the ECF/PACER system.

DATED: 9/14/2017

/s/ Todd F. Hertzberg
Todd F. Hertzberg  2008268
Hertzberg Law Firm of Arkansas, P.A.
4285 N Shiloh Dr, Ste 108
Fayetteville, AR  72703
479 303 5555
toddhertzberg@yahoo.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| IN RE: Robert Lee Jackson<br>Kimberly Ruth Jackson | CASE NO: 5:15-bk-72917<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 9/14/2017, a copy of the following documents, described below,

Motion for Approval of Sale of Real Property and Notice,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/14/2017

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Hertzberg Law Firm of Arkansas, P.A.
Todd F. Hertzberg
4285 N Shiloh Dr, Ste 108
Fayetteville, AR  72703

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

*CASE INFO*

| | | |
|---|---|---|
| 1 LABEL MATRIX FOR LOCAL NOTICING<br>08615<br>CASE 5-15-BK-72917<br>WESTERN DISTRICT OF ARKANSAS<br>FAYETTEVILLE<br>THU SEP 14 10-13-39 CDT 2017 | 2 FEDERAL NATIONAL MORTGAGE<br>ASSOCIATION<br>ROSICKI ROSICKI  ASSOCIATES<br>51 EAST BETHPAGE ROAD<br>PLAINVIEW NY 11803-4224 | 3 JPMORGAN CHASE BANK NA<br>3415 VISION DRIVE DEPT OH47142<br>COLUMBUS OH 43219-6009 |
| 4 SETERUS INC<br>PO BOX 2206<br>GRAND RAPIDS MI 49501-2206 | 5 AMERICAN AIRLINES FEDERAL CREDIT<br>UNION<br>PO BOX 619001<br>MAIL DROP 2100<br>DFW AIRPORT TX 75261-9001 | 6 BBVA COMPASS<br>PO BOX 192<br>BIRMINGHAM AL 35201-0192 |
| 7 CAPITAL ONE BANK USA NA<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 | 8 CHASE<br>PO BOX 183166<br>COLUMBUS OH 43218-3166 | 9 COMPASS BANK SECURED<br>PO BOX 201347<br>ARLINGTON TX 76006-1347 |
| 10 CREDIT ONE<br>PO BOX 60500<br>CITY OF INDUSTRY CA 91716-0500 | 11 DEPT OF EDUCATION<br>PO BOX 740283<br>ATLANTA GA 30374-0283 | 12 FEDLOAN SERVICING<br>PO BOX 69184<br>HARRISBURG PA 17106-9184 |
| 13 KDS HEATING  AIR<br>10396 WOODLYNN DR<br>LINCOLN AR 72744-8203 | 14 LVNV FUNDING LLC ITS SUCCESSORS AND<br>ASSIGNS<br>ASSIGNEE OF FNBM LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | 15 NAVY FEDERAL CREDIT UNION<br>PO BOX 3000<br>MERRIFIELD VA 22119-3000 |
| 16 PATRICIA R KUHN<br>2605 E COUNTRY WAY<br>FAYETTEVILLE AR 72703-4304 | 17 RECOVERY MANAGEMENT SYSTEMS<br>CORPORATION<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI FL 33131-1605 | 18 SETERUS INC<br>PO BOX 1047<br>HARTFORD CT 06143-1047 |
| 19 TODAYS BANK<br>PO BOX 1807<br>FAYETTEVILLE AR 72702-1807 | 20 VALERO<br>PO BOX 631<br>AMARILLO TX 79105-0631 | 21 WELLS FARGO DEALER SERVICES<br>PO BOX 25341<br>SANTA ANA CA 92799-5341 |
| 22 WESTERN FEDERAL CREDIT UNION<br>PO BOX 10018<br>MANHATTAN BEACH CA 90267-7518 | 23 ROBERT LEE JACKSON<br>3455 TOWNSHIP<br>FAYETTEVILLE AR 72703-4681 | 24 MACKIE WOLF ET AL<br>124 W CAPITOL AVE STE 1560<br>LITTLE ROCK AR 72201 |
| 25 WILSON  ASSOCIATES<br>ONE CENTER ST STE 310<br>FAYETTEVILLE AR 72701 | | |