**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**RE: Robert Lee Jackson**
   **Kimberly Ruth Jackson, Debtors**          **CASE NO: 5:15-bk-72917**

**Chapter 13**

## NOTICE OF OPPORTUNITY TO OBJECT TO
## MODIFIED PLAN BEFORE/AFTER CONFIRMATION

You are hereby notified that the captioned debtor(s) have filed the attached modification to the plan pursuant to 11 U.S.C. '1323 and Rule 3019 of the Rules of Bankruptcy Procedure (Before) or 11 U.S.C. '1329 (After). Objections to confirmation of the plan as modified must be filed with the Bankruptcy Court at 35 E. Mountain, Ste 316, Fayetteville, Arkansas 72701 in writing within 21 days from the date of this notice, with copies to the attorney for debtor(s) and to Joyce Bradley Babin, Chapter 13 Standing Trustee, P.O. Box 8064, Little Rock, AR 72203-8064.

If objections to the plan as modified are filed, they will be set for hearing by subsequent notice. If no objections are received, the plan as modified may be confirmed without further notice or hearing.

Date: October 10, 2017        /s/ Todd F. Hertzberg
                              4285 N Shiloh Dr, Ste 108
                              Fayetteville AR 72703
                              479-303-5555_____
                              Attorney's Name, Address & Phone Number

Print Form

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN    DISTRICT OF ARKANSAS
FAYETTEVILLE    DIVISION

Re: Robert Lee Kimberly Ruth Jackson          Case No: 5:15-bk-72917
                                                                                                 Chapter 13

## MODIFICATION OF CHAPTER 13 PLAN

Comes now the Debtor(s) and for their modification to the original or modified Chapter 13 plan states:

1. **Payment to the Trustee:**
   The Debtor proposes to pay $ 1300.00 PER MONTH TO THE TRUSTEE.

   Indicate how often the Debtor is paid by checking the appropriate box below:
   ☐ weekly         ☐ semi-monthly       ☐ Other: (Please specify)
   ☐ bi-weekly      ☒ monthly

2. **The Plan Length** shall remain the same unless otherwise indicated below:*

   Increase plan length to _____ months.

   Decrease plan length to _____ months.

* In a case filed prior to October 17, 2005, the debtor shall pay all disposable income into the plan for a period of not less than 36 months (unless unsecured creditors are paid 100%). In a case filed after October 17, 2005, the debtor shall pay all disposable income into the plan for the applicable commitment period (unless unsecured creditors are paid 100%). In no case shall the plan length exceed 60 months..

3. **Unsecured Creditors** are to be paid a _____ dividend.
   (Enter "Pro-rata" if this is a Base Plan.)

4. **MODIFIED TREATMENT OF EXISTING CREDITORS:**
   The following **changes** are to be made to each creditor as set out below:

   | Creditor Name | Change in Treatment/Classification |
   |---|---|
   | (1) Dept of Education | Remove Creditor from Plan. Debtors not liable on this debt |
   | (2) FedLoan Servicing | Remove Creditor from Plan. Debtors not liable on this debt. |
   | (3) | |
   | (4) | |
   | (5) | |

Revised 10/2006                          1 of 3

5. **ADDITION OF SECURED CREDITORS TO THE PLAN:**

   Secured creditors who will retain their liens and be paid the value of their collateral or the amount of their debt, whichever is less, shall be paid as follows. Any amount claimed in excess of the value of the collateral will be treated as a nonpriority unsecured creditor.

   ** Please indicate any debts which will extend beyond the length of the plan. Such debts MUST have a "monthly payment" proposed. Also, if the debt is in default, you must provide separately for such default.

   | | Creditor Name/Address | Net Payoff | Value | Unsecured Portion | Int Rate* PD by Plan | Monthly Payment |
   |---|---|---|---|---|---|---|
   | 1) | | | | | | |
   | 2) | | | | | | |
   | 3) | | | | | | |
   | 4) | | | | | | |

   * IF THIS SPACE IS LEFT BLANK, NO INTEREST IS TO BE PAID.

6. **ADDITION OF PRIORITY CREDITORS TO THE PLAN**: Such as taxes or wages.

   The following creditors are added to the plan and shall be paid as follows:

   | | Creditor Name/Address | Per Month, If Any | Total Debt |
   |---|---|---|---|
   | 1) | | | |
   | 2) | | | |
   | 3) | | | |

7. **ADDITION OF UNSECURED CREDITORS TO THE PLAN:**
The following unsecured creditors are added to the plan. Each creditor must be classified as a "PRE" or "POST" peition creditor and shall be paid as follows:

**PRE-PETITION** Unsecured creditors shall be paid a _____ dividend.

**POST-PETITION** Unsecured creditors shall be paid a _____ dividend.

| Creditor Name/Address | Classification | Total Debt |
|---|---|---|
| 1) | Post-Petition | |
| 2) | Post-Petition | |
| 3) | Post-Petition | |
| 4) | Post-Petition | |
| 5) | Post-Petition | |
| 6) | Post-Petition | |
| 7) | Post-Petition | |

8. **Unsecured Creditors** shall be paid at least as much as they would receive under Chapter 7.

9. **All other provisions as set forth in the last confirmed plan remain the same.**

Date: 10/10/17

/s/ Todd F. Hertzberg
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| IN RE:  Robert Lee Jackson<br>Kimberly Ruth Jackson | CASE NO: 5:15-bk-72917<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 10/10/2017, I did cause a copy of the following documents, described below,

Modified Chapter 13 Plan and Notice,

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically witih the documents described herein per the ECF/PACER system.

DATED: 10/10/2017

/s/ Todd F. Hertzberg
Todd F. Hertzberg  2008268
Hertzberg Law Firm of Arkansas, P.A.
4285 N Shiloh Dr, Ste 108
Fayetteville, AR  72703
479 303 5555
toddhertzberg@yahoo.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| IN RE: Robert Lee Jackson<br>Kimberly Ruth Jackson | CASE NO: 5:15-bk-72917<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 10/10/2017, a copy of the following documents, described below,

Modified Chapter 13 Plan and Notice,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/10/2017

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Hertzberg Law Firm of Arkansas, P.A.
Todd F. Hertzberg
4285 N Shiloh Dr, Ste 108
Fayetteville, AR  72703

PARTIES DESIGNATED "*" ARE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

| | | |
|---|---|---|
| 1 LABEL MATRIX FOR LOCAL NOTICING<br>08615<br>CASE 5-15-BK-72917<br>WESTERN DISTRICT OF ARKANSAS<br>FAYETTEVILLE<br>THU SEP 14 10-13-39 CDT 2017 | 2 FEDERAL NATIONAL MORTGAGE<br>ASSOCIATION<br>ROSICKI ROSICKI  ASSOCIATES<br>51 EAST BETHPAGE ROAD<br>PLAINVIEW NY 11803-4224 | 3 JPMORGAN CHASE BANK NA<br>3415 VISION DRIVE DEPT OH47142<br>COLUMBUS OH 43219-6009 |
| 4 SETERUS INC<br>PO BOX 2206<br>GRAND RAPIDS MI 49501-2206 | 5 AMERICAN AIRLINES FEDERAL CREDIT<br>UNION<br>PO BOX 619001<br>MAIL DROP 2100<br>DFW AIRPORT TX 75261-9001 | 6 BBVA COMPASS<br>PO BOX 192<br>BIRMINGHAM AL 35201-0192 |
| 7 CAPITAL ONE BANK USA NA<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 | 8 CHASE<br>PO BOX 183166<br>COLUMBUS OH 43218-3166 | 9 COMPASS BANK SECURED<br>PO BOX 201347<br>ARLINGTON TX 76006-1347 |
| 10 CREDIT ONE<br>PO BOX 60500<br>CITY OF INDUSTRY CA 91716-0500 | 11 DEPT OF EDUCATION<br>PO BOX 740283<br>ATLANTA GA 30374-0283 | 12 FEDLOAN SERVICING<br>PO BOX 69184<br>HARRISBURG PA 17106-9184 |
| 13 KDS HEATING  AIR<br>10396 WOODLYNN DR<br>LINCOLN AR 72744-8203 | 14 LVNV FUNDING LLC ITS SUCCESSORS AND<br>ASSIGNS<br>ASSIGNEE OF FNBM LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | 15 NAVY FEDERAL CREDIT UNION<br>PO BOX 3000<br>MERRIFIELD VA 22119-3000 |
| 16 PATRICIA R KUHN<br>2605 E COUNTRY WAY<br>FAYETTEVILLE AR 72703-4304 | 17 RECOVERY MANAGEMENT SYSTEMS<br>CORPORATION<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI FL 33131-1605 | 18 SETERUS INC<br>PO BOX 1047<br>HARTFORD CT 06143-1047 |
| 19 TODAYS BANK<br>PO BOX 1807<br>FAYETTEVILLE AR 72702-1807 | 20 VALERO<br>PO BOX 631<br>AMARILLO TX 79105-0631 | 21 WELLS FARGO DEALER SERVICES<br>PO BOX 25341<br>SANTA ANA CA 92799-5341 |
| 22☐WESTERN FEDERAL CREDIT UNION<br>PO BOX 10018<br>MANHATTAN BEACH CA 90267-7518 | 23☐ROBERT LEE JACKSON<br>3455 TOWNSHIP<br>FAYETTEVILLE AR 72703-4681 | 24☐WILSON  ASSOCIATES<br>ONE CENTER ST STE 310<br>FAYETTEVILLE AR 72701 |
| 25☐MACKIE WOLF ET AL<br>124 W CAPITOL AVE STE 1560<br>LITTLE ROCK AR 72201 | | |