| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Robert Lee Jackson a/k/a Lee Jackson |
| Debtor 2 (Spouse, if filing) | Kimberly Ruth Jackson a/k/a Kim Jackson |
| United States Bankruptcy Court for the: | Western District of Arkansas |
| Case number | 5:15-bk-72917 |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Seterus, Inc. as servicer for Federal National Mortgage Association ("Fannie Mae")

**Court claim no.** (if known): 12

**Last 4 digits** of any number you use to identify the debtor's account: XXXXXX1646

**Date of payment change:**
Must be at least 21 days after the date of this notice: 02/01/2019

**New total payment:**
Principal, interest, and escrow, if any: $714.79

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $217.05           New escrow payment:  $204.40

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____           New interest rate: _____

   Current principal and interest payment _____           New principal and interest payment: _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
         *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment: $_____           New mortgage payment: $_____

Debtor 1   Robert Lee Jackson                                    Case Number (if known)   5:15-bk-72917

### Part 4: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Michael Tackett                                               Date   01/04/2019
Signature

Print:    Kate Lachowsky-Khan, Heather Martin-Herron, & Michael Tackett          Title   Attorneys

Company   Wilson & Associates, PLLC

Address   400 West Capitol Avenue
          Suite 1400
          Little Rock, AR 72201

Contact phone   (501) 219-9388        Email   klachowsky | hmartin-herron | mtackett@thewilsonlawfirm.com

### CERTIFICATE OF SERVICE

On 01/04/2019, a copy of the foregoing Notice of Payment Change was served electronically through the electronic case filing system (ECF) upon:

Todd F. Hertzberg                              Joyce Bradley Babin
Attorney at Law                                Trustee
4285 N. Shiloh Dr, Suite 108                   P.O. Box 8064
Fayetteville, AR 72701                         Little Rock, AR 72203-8064

and served via U.S. mail upon:

Robert Lee Jackson, and Kimberly Ruth Jackson
Debtor(s)
3455 Township
Fayetteville, AR 72703

                                               /s/ Michael Tackett

                                               Heather Martin-Herron (2011136)
                                               Kathryn Lachowsky-Khan (2012039)
W&A No. 313072                                 Michael Tackett (2018110)

## seterus

Representation Of Printed Document

Business Hours (U.S. Continental Local Time)
Monday-Friday 8 a.m. to 9 p.m.

PO Box 1077
Hartford, CT 06143-1077

Phone 866.570.5277

ROBERT L JACKSON
KIMBERLY R JACKSON
c/o TODD F. HERTZBERG
4285 N SHILOH DR STE 108
FAYETTEVILLE AR 72703-5351

L913P

### ESCROW ACCOUNT STATEMENT

| | |
|---|---|
| Analysis Date: | 12/13/18 |
| Loan Number: | |

| Current Payment | | New Payment Effective 02/01/19 | |
|---|---|---|---|
| Principal and Interest | $510.39 | Principal and Interest* | $510.39 |
| Escrow | $198.28 | Escrow | $204.40 |
| Total Current Payment | $708.67 | Total NEW Payment* | $714.79 |

\* The principal and interest payments reflect the contractual amount due under the note, which can be modified with a mutually agreed upon payment plan. In addition, the new principal and interest payment and the total new payment may not reflect any changes due to interest rate adjustments. You will receive a separate notice for interest rate adjustments.

### NEW MORTGAGE PAYMENT NOTICE AND ESCROW ACCOUNT DISCLOSURE STATEMENT

Seterus, Inc. is the servicer of the above referenced loan. In accordance with federal guidelines, your escrow account is reviewed at least once a year to determine if sufficient funds are available to pay your taxes and/or insurance. Your escrow payment will be a minimum of the total anticipated disbursements divided by the number of scheduled installments due in the next 12 months. This payment will increase if you have a post-petition shortage and/or deficiency. This statement provides a history of actual escrow account activity and a projection of the escrow account activity for the next 12 months.

Our records indicate a petition for Bankruptcy was filed on November 13, 2015. Pursuant to that petition, we have filed a proof of claim with the Bankruptcy court. Any shortage and/or deficiency listed under the Proof of Claim section will be excluded from your future scheduled escrow payment as these amounts will be added to your pre-petition arrearage and collected in your bankruptcy plan payment.

| ANTICIPATED DISBURSEMENTS February 2019 to January 2020 | |
|---|---|
| COUNTY | $1,223.11 |
| FLOOD INS | $482.65 |
| HAZARD INS | $747.00 |
| **Total Disbursements** | **$2,452.76** |

Bankruptcy File Date                November 13, 2015

Pre-Petition Escrow Shortage/Deficiency as of Analysis Date      $931.83

\*Post Petition Beg Bal = The post-petition portion of the escrow starting balance

\*\*Beginning balance = Starting balance less any unpaid escrow disbursements

The Real Estate Settlement Procedures Act (RESPA) allows us to collect and maintain up to 1/6 of your total disbursements in your escrow account at all times, unless prohibited by state law. This cushion covers any potential increases in your tax and/or insurance disbursements. Cushion selected by servicer: $408.80.

### ESCROW ACCOUNT PROJECTIONS FOR THE NEXT 12 MONTH ESCROW CYCLE
Anticipated Activity

| Date | Payments to Escrow | Payments from Escrow | Description | Projected Balance |
|---|---|---|---|---|
| Beginning Balance** | | | | $390.23 |
| Post Petition Beg Bal* | | | | $1,322.06 |
| Surplus Refund | | | | $303.35 |
| 02/01/2019 | 204.40 | 0.00 | | 1,223.11 |
| 03/01/2019 | 204.40 | 0.00 | | 1,427.51 |
| 04/01/2019 | 204.40 | 1,223.11- | COUNTY | 408.80 |
| 05/01/2019 | 204.40 | 0.00 | | 613.20 |
| 06/01/2019 | 204.40 | 0.00 | | 817.60 |
| 07/01/2019 | 204.40 | 0.00 | | 1,022.00 |
| 08/01/2019 | 204.40 | 0.00 | | 1,226.40 |
| 09/01/2019 | 204.40 | 0.00 | | 1,430.80 |
| 10/01/2019 | 204.40 | 482.65- | FLOOD INS | 1,152.55 |
| 11/01/2019 | 204.40 | 0.00 | | 1,356.95 |
| 12/01/2019 | 204.40 | 0.00 | | 1,561.35 |
| 01/01/2020 | 204.40 | 747.00- | HAZARD INS | 1,018.75 |
| **Total** | **$2,452.80** | **$2,452.76-** | | |

Under federal law, your lowest monthly balance in the escrow account should not have exceeded $408.80, or 1/6 of the total anticipated payments from your escrow account. Your lowest escrow balance was $408.80.

The escrow account has a pre-petition shortage and/or deficiency. A deficiency, if applicable, is the amount of negative balance in the escrow account, which can occur when funds that have been paid from the escrow account exceed the funds paid to the escrow account. An escrow shortage occurs when the escrow balance is not enough to pay the estimated items and any additional reserve deposits that need to be paid during the next 12 months. The pre-petition shortage and/or deficiency is accounted for on the proof of claim (POC) and will be collected as part of your pre-petition plan payment.

\*\*\*Continued on Reverse\*\*\*
INTERNET REPRINT

## ESCROW ACCOUNT HISTORY

This is a statement of actual activity in your escrow account from February 2018 to January 2019. This history compares the projections from your last escrow analysis or initial disclosure and the actual activity in your account. If a prior escrow analysis was not conducted during this historical period, the projected escrow balance will be zero.

| ACTUAL ESCROW ACCOUNT HISTORY | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Payments to Escrow** | | **Payments from Escrow** | | **Description** | **Escrow Balance** | |
| | Projected | Actual | Projected | Actual | | Projected | Actual |
| Beginning Balance | | | | | | $1,018.62 | $1,744.41- |
| Date | | | | | | | |
| 02/01/18 | 204.49 | 0.00* | 0.00 | 0.00 | | 1,223.11 | 1,744.41- |
| 03/01/18 | 204.49 | 198.28* | 0.00 | 0.00 | | 1,427.60 | 1,546.13- |
| 04/01/18 | 204.49 | 0.00* | 1,223.11- | 1,223.11- | COUNTY | 408.98 | 2,769.24- |
| 05/01/18 | 204.49 | 198.28* | 0.00 | 0.00 | | 613.47 | 2,570.96- |
| 06/01/18 | 204.49 | 0.00* | 0.00 | 0.00 | | 817.96 | 2,570.96- |
| 07/01/18 | 204.49 | 0.00* | 0.00 | 0.00 | | 1,022.45 | 2,570.96- |
| 08/01/18 | 204.49 | 198.28* | 0.00 | 0.00 | | 1,226.94 | 2,372.68- |
| 09/01/18 | 204.49 | 198.28* | 0.00 | 0.00 | | 1,431.43 | 2,174.40- |
| 10/01/18 | 204.49 | 198.28* | 495.72- | 482.65-* | FLOOD INS | 1,140.20 | 2,458.77- |
| 11/01/18 | 204.49 | 0.00* | 0.00 | 0.00 | | 1,344.69 | 2,458.77- |
| 12/01/18 | 204.49 | 3,378.95* | 0.00 | 0.00 | | 1,549.18 | 920.18 |
| 01/01/19 | 204.49 | 0.00* | 735.00- | 0.00* | HAZARD INS | 1,018.67 | 920.18 |
| **Total** | **$2,453.88** | **$4,370.35** | **$2,453.83-** | **$1,705.76-** | | | |

\* indicates a difference from a previous estimate either in the date or the amount.
\*\* indicates escrow payment made during a period where the loan was paid ahead.

**NOTE** – This analysis was prepared in advance of the escrow payment change date. Therefore, the projected beginning balance for the next 12 months estimates that you have paid all the required scheduled installments as shown in your actual account history and that all scheduled disbursements have been made from your escrow account.

### IMPORTANT DISCLOSURES

**COLORADO:** Seterus, Inc. maintains a local office at 355 Union Boulevard, Suite 250, Lakewood, CO 80228, 888.738.5576. **NEW YORK CITY:** 1411662, 1411665, 1411669. **OREGON:** Residential mortgage loan servicers are regulated by the Oregon Division of Financial Regulation. To file a complaint, call 866.814.9710 or visit http://dfr.oregon.gov. **TEXAS COLLATERAL ONLY:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877.276.5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT. THIS NOTICE IS BEING FURNISHED FOR YOUR INFORMATION AND TO COMPLY WITH APPLICABLE LAWS AND REGULATIONS. IF YOU RECEIVE OR HAVE RECEIVED A DISCHARGE OF THIS DEBT THAT IS NOT REAFFIRMED IN A BANKRUPTCY PROCEEDING, YOU WILL NOT BE PERSONALLY RESPONSIBLE FOR THE DEBT. SEE IMPORTANT DISCLOSURES IN THIS LETTER.